IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

TIMOTHY M. COUNTS,

    Plaintiff,

      v.

                        CIVIL ACTION FILE
                        NO. 1:09-CV-3038-TWT

RED COATS, INC.
doing business as
Admiral Security Services,

    Defendant.

ORDER

      This is an employment discrimination action.  It is before the Court on the Report and Recommendation [Doc. 27] of the Magistrate Judge recommending granting the Defendant's Motion for Judgment on the Pleadings [Doc. 15].  For the reasons set forth in the thorough and well reasoned Report and Recommendation, the Plaintiff lacks standing to bring this claim which became property of his bankruptcy estate.   The Court approves and adopts the Report and Recommendation as the judgment of the Court. The  Defendant's Motion for Judgment on the Pleadings [Doc. 15] is GRANTED.

SO ORDERED, this 1 day of July, 2010.


/s/Thomas W. Thrash
THOMAS W. THRASH, JR.
United States District Judge